UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| FREDERICKER BLANKS, on behalf of B.B., a minor, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| | ) ) | No. 4:14-CV-231-FL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 27, 2015, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on July 27, 2015, and Copies To:**

Elisa Donohoe (via CM/ECF Notice of Electronic Filing)
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)

July 27, 2015              JULIE RICHARDS JOHNSTON, CLERK
                             /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk